**2010–1393. State ex rel. Complete Gen. Constr. Co. v. Franklin Cty. Convention Facilities Auth.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of relators' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–1313. Columbus City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008–V–253.

**2010–1322. Sheldon Rd. Assocs., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2009–V–4083.

**2010–1405. State ex rel. Mackey v. Ohio Dept. of Edn.**
Franklin App. No. 09AP–966, 2010-Ohio-3522.

**2010–1415. S. Euclid Lyndhurst City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2009–M–813.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–0672. State ex rel. Smith v. Cincinnati Schools.**
Franklin App. No. 09AP–504, 2010-Ohio-1221.

**2010–0900. Worthington City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–V–381.

**2010–0955. State ex rel. Sears Roebuck & Co. v. Indus. Comm.**
Franklin App. No. 09AP–180, 2010-Ohio-1818.

**2010–1027. WCI Steel, Inc. v. Levin.**
Board of Tax Appeals, No. 2005–V–1565.